UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---------------------------------------------------------x

JOHN DOE NO. 2,

    *Plaintiff*,

v.                                                         Case No. 6:23-cv-00975-CEM-RMN

UPSOLVE, INC. and ROHAN PAVULURI,

    *Defendants*.

---------------------------------------------------------x

## NOTICE OF APPEAL

John Doe No. 2 (Andrew Delaney) hereby files this Notice of Appeal to the Eleventh Circuit Court of Appeal, the (1) Order dated June 22, 2023 (ECF No. 22) denying Plaintiff John Doe No. 2's Motion to Remand (ECF No. 21), amending the style of the case, and dismissing his claims against Upsolve, Inc. and Rohan Pavuluri, (2) Order dated June 25, 2023 (ECF No. 25) striking Andrew Delaney's Response to Defendants' Motion for Clarification/Reconsideration (ECF No. 22), and (3) Order dated June 28, 2023 (ECF No. 28) striking Andrew Delaney's Termination of Counsel (ECF No. 27).

Dated:     July 21, 2023.

                                                      /s/Andrew Delaney
                                                      Andrew Delaney
                                                      *Pro Se Plaintiff*
                                                      Sen.Gil Puyat Avenue
                                                      Makati Central Post Office 1057
                                                      Brgy. San Antonio

Makati 1250  
Republic of the Philippines  
63-94-2677-8826  
orchrd@hotmail.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 21, 2023 a true and correct copy of the foregoing has been provided to all of the parties electronically via the CM/ECF filing system, and

<u>/s/Andrew Delaney</u>