# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANDREW DELANEY,

    Plaintiff,

v.

UPSOLVE, INC. and ROHAN PAVULURI,

    Defendants.

Case No. 6:23-cv-975-CEM-RMN

## **ORDER**

    This cause comes before the Court following a hearing held on August 31, 2023, at 10:00am on Plaintiff's Motion to Appeal In Forma Pauperis (Dkt. 35) ("Motion"). Dkt. 46. On August 24, 2023, I entered an Order setting a hearing on this matter. Dkt. 37. The hearing was noticed that same day (Dkt. 39). Plaintiff, Andrew Delaney, appeared telephonically at the hearing. Dkt. 46. But Plaintiff's counsel, Christopher T. Beres, did not appear at the hearing. *Id.* Nor did counsel file a motion requesting that the hearing be rescheduled or leave to attend the hearing telephonically.

    In view of counsel's failure to appear as directed, it is **ORDERED**:

- 2 -

1. On or before September 14, 2023, Plaintiff's counsel shall **show cause** in writing why sanctions should not be imposed for his failure to appear at the hearing scheduled for August 31, 2023, at 10:00am; and

2. Failure to timely respond to this Order may result in a Report and Recommendation recommending sanctions against counsel personally.

**DONE** and **ORDERED** in Orlando, Florida, on August 31, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record