UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW DELANEY,**

       **Plaintiff,**

v.                                                         Case No.  6:23-cv-975-CEM-RMN

**UPSOLVE, INC. and ROHAN PAVULURI,**

       **Defendants.**

       _____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* ("Motion," Doc. 35). The United States Magistrate Judge issued a Report and Recommendation (Doc. 48), recommending that the Motion be denied. (*Id.* at 1, 4).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 48) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Permission to Appeal *In Forma Pauperis* (Doc. 35) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.



Copies furnished to:

Counsel of Record